# IN THE SUPREME COURT OF THE STATE OF NEVADA

BLACK DIAMOND INSURANCE COMPANY; AND SWIFT BAIL BONDS, INC.,
Petitioners,
vs.
MUNICIPAL COURT OF THE CITY OF LAS VEGAS; AND THE HONORABLE MARTIN D. HASTINGS,
Respondents,
and
CITY OF LAS VEGAS,
Real Party in Interest.

No. 70065



**FILED**

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a municipal court's denial of a motion to exonerate bail bonds.

Having considered the petition and appendix filed in this matter, we conclude that petitioners have not demonstrated that the municipal court arbitrarily or capriciously exercised its discretion. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, our intervention by way of extraordinary relief is not warranted, *see* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (holding that this court has the discretion to determine whether to consider a writ petition), and we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Martin D. Hastings, Municipal Court Judge
     Morris Law Center
     Las Vegas City Attorney
     Las Vegas Municipal Court Clerk